UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CENTER FOR INVESTIGATIVE            )
REPORTING, *et al.*,                )
                                    )
    Plaintiffs,                    )
                                    )
v.                                  )   Civil Action No.: 19cv1726 (TNM)
                                    )
UNITED STATES DEPARMENT OF STATE,   )
                                    )
    Defendant.                     )
_____ )

## JOINT STATUS REPORT

Pursuant to the Court's July 19, 2019 Minute Order, the parties hereby submit the following Joint Status Report.

1.    This matter involves the a Freedom of Information Act ("FOIA") request by the Plaintiffs Center for Investigative Reporting and Matthew Smith (hereinafter "Plaintiffs") to the State Department on March 8, 2019, seeking documents related to communications between identified individuals and corporations with the office of the United States Ambassador to the Ukraine. ECF No. 1.

2.    On July 19, 2019, this Court issued a Minute Order requiring that the parties meet and confer and file a Joint Status Report proposing a schedule for proceeding in this matter addressing, among other things, the status of Plaintiffs' FOIA request, the anticipated number of documents responsive to Plaintiffs' FOIA request, the anticipated date(s) for release of the documents requested by Plaintiffs, whether a motion for an Open America stay is likely in this case, whether a Vaughn index will be required in this case, and a briefing schedule for dispositive motions, if required.

3. The parties have met and conferred on July 29, 2019, and on August 26, 2019, and inform the Court as follows:

4. Defendant informs the Court that an Open America stay will not be requested in this matter.

5. The parties agree that Defendant will make rolling productions of responsive documents each month, with its initial production to Plaintiffs on or before September 27, 2019. This production is expected to include all responsive, non-exempt portions of records located during the search of the U.S. Embassy in Kiev, Ukraine (the "Embassy Records"), unless currently unforeseen circumstances arise which require State to delay completion of processing of the Embassy records, including, but not limited to, if any of the Embassy Records require consultation with, or referral to, any agencies other than the State Department.

6. Following the production, and prior to October 1, 2019, the parties will confer regarding the status of the Plaintiffs' FOIA request, including:

   a. The status of searches conducted and the approximate number of pages of potentially responsive documents to be processed;

   b. For any Embassy Records withheld in full from the first production, the number of pages withheld in full, the applicable exemptions, and a general description of the records;

   c. Whether any Embassy Records were determined to require consultation with, or referral to, any agencies other than the State Department, and whether any other unforeseen issues, as described above, arose in the processing of the Embassy Records;

    d. Proposals from either party for narrowing the scope of the request and/or excluding certain categories of documents for the mutually beneficial purpose of facilitating more efficient processing of the records Plaintiffs are most interested in receiving.

  7. The parties also hope to reach an agreement regarding the pace of production of any remaining documents, the potential need for and timing of a Vaughn Index, whether a proposed briefing schedule is appropriate at that time, and any other concerns or issues that either party may wish to raise.

  8. The parties propose: (1) to file a further joint status report on the status of production, including any issues the parties wish to present to the Court, no later than October 4, 2019; and (2) to file further joint status reports every 60 days thereafter until the production is complete;

  9. Upon completion of the Defendant's production, the parties will provide the Court with a Final Joint Status Report, informing the Court of the completion of the Defendant's production, whether a Vaughn Index will be necessary, and whether a proposed briefing schedule will be necessary.

Dated: August 30, 2019                     Respectfully submitted,


    */s/ John D. Clopper*
JOHN D. CLOPPER, D.C. Bar No. 483227
CLOPPER LAW PC
43 West 43rd St., Suite 95
New York, NY 10036
(646) 926-2500
jclopper@clopperlaw.com

*Counsel for Plaintiffs*


JESSIE K. LIU, D.C. Bar No. 472845

United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ Darrel C. Valdez*
DARRELL C. VALDEZ, DC Bar # 420232
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, DC  20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendant*