# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br><br>THE CENTER FOR INVESTIGATIVE )<br>REPORTING, *et al.,* )<br>              )<br>    Plaintiffs, )<br>              )<br>    v. )<br>              )<br>UNITED STATES )<br>DEPARTMENT OF STATE, )<br>              )<br>    Defendant. )<br>_____ ) | Civil Action No.: 19cv1726 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated December 20, 2019, the parties hereby submit the following Joint Status Report.

### Background Summary

1.    This matter involves a Freedom of Information Act ("FOIA") request by the Plaintiffs The Center for Investigative Reporting and Matthew Smith (hereinafter "Plaintiffs") to the State Department, dated March 8, 2019, seeking documents related to communications between identified individuals and corporations with the office of the United States Ambassador to the Ukraine. ECF No. 1.

2.    In the last status report filed on December 18, 2019, the parties notified the Court that while the State Department had finished its processing and production of the FOIA Request, the parties disputed whether it was appropriate for the Court to set a briefing schedule at that time. Plaintiffs requested that a briefing schedule be set. Defendants requested that Court delay the setting of a briefing schedule so that the parties could have further discussions and attempt to narrow the issues for briefing. In a Minute Order, dated December 20, 2019, the Court ordered

the parties to file a further status report no later than January 17, 2020, addressing (1) the status

of the parties' ongoing discussions regarding production; (2) whether dispositive motions will be

necessary and, if so, a proposed briefing schedule; and (3) whether the Defendant will submit a

*Vaughn* Index.

## Status and Progress

3.      The parties have had further discussions regarding the case and have further

narrowed the issues for briefing.

4.      The parties submit that dipositive motions will be necessary, and that, as part of

summary judgment briefing, Defendant will submit a *Vaughn* index.

5.      The parties have unfortunately been unable to agree, however, on the precise

timing of a briefing schedule.

6.      **Plaintiffs' Statement**:

a.      Plaintiffs propose that the Court set a summary judgment briefing schedule as

follows:

i.    the State Department will file its motion for summary judgment on or
before February 14, 2020;

ii.   Plaintiffs will file their cross-motion for summary judgment and
opposition to the State Department's motion on or before March 16, 2020;

iii.  the State Department will file its opposition to the Plaintiffs' cross-motion
and reply in support of its motion on or before April 16, 2020; and

iv.   Plaintiffs will file their reply in support of its cross-motion on or before
May 1, 2020.

b.      The briefing schedule requested by Plaintiffs is not onerous. For example, the

briefing schedule is slower than the pace adopted in another Ukraine-related

FOIA case in this District, *New York Times v. Office of Management and*

*Budget*, 19 Civ. 03562 (ABJ). In that case, which was filed five months after

this case, Defendant's opening brief is due February 10, 2020, four days

before the schedule proposed by Plaintiffs in this case. Finally, while it

appears counsel for Defendant will be preparing for trial at or around the time

Defendant's opening brief will be due, he does not appear to be unavailable.

Given the strong public interest in records related to Ukraine, former

Ambassador Marie Yovanovitch, and associates of President Trump,

Plaintiffs' proposed briefing schedule is appropriate.

7.   **Defendant's Statement:**

a.   Defendant's counsel is scheduled to be out of the jurisdiction on another

matter for two days beginning January 27, 2020, and is currently preparing for

a jury trial scheduled to begin on February 24, 2020, before the Honorable

Rudy Contreras.

b.   In addition to counsel's schedule, the State Department will need to prepare

both a Vaughn index and a full search declaration.

c.   Accordingly, Defendant proposes that the Court set a summary judgment

briefing schedule as follows:

    i.   the State Department will file its motion for summary judgment on or
before March 17, 2020;

    ii.   Plaintiffs will file their cross-motion for summary judgment and
opposition to the State Department's motion on or before April 17,
2020;

    iii.   the State Department will file its opposition to the Plaintiffs' cross-
motion and reply in support of its motion on or before May 14, 2020;
and

    iv.   Plaintiffs will file their reply in support of its cross-motion on or before
June 1, 2020.

Dated:      January 17, 2020                    Respectfully submitted,

                                                 /s/ John Clopper
                                                JOHN D. CLOPPER, D.C. Bar No. 483227
                                                CLOPPER LAW PC
                                                43 West 43rd St., Suite 95
                                                New York, NY 10036
                                                (646) 926-2500
                                                jclopper@clopperlaw.com

                                                D. Victoria Baranetsky
                                                THE CENTER FOR INVESTIGATIVE
                                                REPORTING
                                                1400 65th St., Suite 200
                                                Emeryville, CA 94608
                                                Telephone: (510) 809-3160
                                                Fax: (510) 849-6141
                                                vbaranetsky@revealnews.org

                                                *Counsel for Plaintiffs*

                                                JESSIE K. LIU, D.C. Bar No. 472845
                                                United States Attorney

                                                DANIEL F. VAN HORN, D.C. Bar No. 924092
                                                Chief, Civil Division

                                                /s/ Darrell C. Valdez
                                                DARRELL C. VALDEZ, DC Bar # 420232
                                                Assistant United States Attorney
                                                555 4th Street, N.W., Civil Division
                                                Washington, DC  20530
                                                (202) 252-2507
                                                Darrell.Valdez@usdoj.gov

                                                *Counsel for Defendant*