UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 19cv1726 (TNM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SETTLEMENT**

Pursuant to the Federal Rules of Civil Procedure, the parties to this action hereby notify the Court that the parties have executed a settlement agreement regarding attorneys' fees in connection with this matter.


Dated:    July 9, 2020                Respectfully submitted,

                                       */s/ John D. Clopper*
                                      JOHN D. CLOPPER, D.C. Bar No. 483227
                                      BOND, SCHOENECK & KING PLLC
                                      One Lincoln Center
                                      Syracuse, NY 13202
                                      (315) 218-8242
                                      jclopper@bsk.com

                                      *Counsel for Plaintiffs*

- 2 -

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

 /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar No. 420232
Assistant United States Attorney
555 Fourth Street, NW, Civil Division
Washington, DC 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*